1:25-cr-00693
Judge April M. Perry
Magistrate Judge Heather K. McShain
RANDOM / Cat. 3

**FILED** 10/23/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**FELONY**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

| Name | Issue Arrest Warrant | In Custody |
|---|---|---|
| Michael Rabbitt | Yes | No |
| Katherine Marie Abughazaleh | Yes | No |
| Andre Martin | Yes | No |
| Catherine Sharp | Yes | No |
| Brian Straw | Yes | No |
| Joselyn Walsh | Yes | No |

Is this an indictment or information arising out of offenses charged in one or more previously filed complaints involving the same parties and relating to the same subject matter? **No**

Is this an indictment or information that supersedes one or more previously filed indictments or informations? **No**

Is any defendant charged in this matter currently under supervised release in the Northern District of Illinois? **No**

Does this indictment or information charge 15 defendants or more? **No**

Does this indictment or information charge between 8-14 defendants, or charge Capital murder? **No**

What is the most severe level of offense/penalty in this indictment or information?
**Class A Felony III**

Does the indictment or information charge a felony offense? **Yes**

List of Statutes:
**Title 18, United States Code, Section 372**
**Title 18, United States Code, Sections 111(a)(1) and 2**

Assistant United States Attorney: **Sheri H. Mecklenburg**

Contact Person and Phone Number: **Sheri H. Mecklenburg, (312) 469-6030**