# Exhibit C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL RABBITT, et al. | No. 25 CR 693<br><br>Judge April M. Perry |

## [PROPOSED] PRESERVATION ORDER TO BROADVIEW POLICE DEPARTMENT

Having found that the materials requested are potentially relevant and material to the above captioned matter, it is hereby ordered that the Broadview Police Department is to preserve and maintain: (i) all audio and video recordings related to the alleged offense conduct on September 26, 2025 at approximately 7:45 a.m., at the driveway to the Broadview facility (the "Incident"), including: surveillance camera, body worn camera, cellphone video, in car camera, or other video recordings, that recorded the Incident or the demonstrations in the hour preceding the incident, or subsequent investigation related to the Incident, and including recordings made by means of GoPro or Meta Smart Glasses or similar devices; and (ii) all written or recorded law enforcement statements and communications related to the Incident, including reports, recorded telephone communications and electronic communications, including emails, text messages, and Teams, WhatsApp, Signal or similar electronic communications, if applicable.

Entered,

_____
Hon. April M. Perry
Dated:                          United States District Court
                                Northern District of Illinois