IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 25 CR 693 |
| | ) | |
| MICHAEL RABBITT, et al., | ) | Judge April M. Perry |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, February 5, 2026, at 10:00 a.m., I shall appear before the Honorable April M. Perry, United States District Judge, in the Courtroom usually occupied by her at 219 South Dearborn Street, Chicago, Illinois, and present Defendants' Submission On Proposed Protective Order Governing Discovery Produced By The Government.

Dated: February 4, 2026

Respectfully submitted,

By: /s/ *Terence H. Campbell*
An Attorney for Defendant
Andre Martin
***On behalf of All Defendants***

Theodore T. Poulos
Terence H. Campbell
Valerie A. Davenport
Cotsirilos, Poulos & Campbell, Ltd.
55 East Monroe Street
Suite 3250
Chicago, IL 60603
312-263-0345
tcampbell@cotsiriloslaw.com

# CERTIFICATE OF SERVICE

Terence H. Campbell, an attorney, hereby certifies that in accordance with Fed.R.Crim.P. 49, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

- Defendants' Submission On Proposed Protective Order Governing Discovery Produced By The Government; and

- Notice of Motion

served pursuant to the District Court's ECF system as to ECF filers, including the United States Attorney's Office.

/s/ *Terence H. Campbell*