# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Michael Rabbitt, et al.

Defendant.

Case No.: 1:25−cr−00693
Honorable April M. Perry

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 12, 2026:

MINUTE entry before the Honorable April M. Perry: The Court acknowledges receipt of the Government's response to the motion for bill of particulars [61]. To the extent any defendant would like to file a written reply, it must be filed by 2/23/2026 at 12:00 p.m. Oral ruling on the motion will be issued at the 2/26/2026 12:00 p.m. status hearing. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.