**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

UNITED STATES OF AMERICA
                         Plaintiff,

v.                                                  Case No.: 1:25−cr−00693
                                                      Honorable April M. Perry

Michael Rabbitt, et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 26, 2026:

       MINUTE entry before the Honorable April M. Perry: Hearing held 2/26/2026 on motion for bill of particulars. All defendants were present along with their counsel. The motion [61] is granted in part and denied in part, as discussed in open court. The Government is to meet and confer with defense counsel about which subsection(s) of 18 U.S.C. § 372 it intends to proceed upon at trial with respect to each defendant, whether there are any true threats the Government intends to argue with respect to each defendant, and whether the Government intends to seek admission of any statements by co−conspirators in furtherance of the conspiracy. Status hearing to be held 3/31/2026 at 10:30 a.m. to discuss whether those outstanding issues have been resolved. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.