LAW OFFICE OF
### JOSHUA G. HERMAN
53 WEST JACKSON, SUITE 404 • CHICAGO, ILLINOIS 60604
TEL: 312-909-0434 • JHERMAN@JOSHHERMANLAW.COM • WWW.JOSHHERMANLAW.COM

December 1, 2025

**BY ELECTRONIC MAIL**
AUSA Sheri Mecklenburg
AUSA Matt Skiba
United States Attorney's Office
Northern District of Illinois
219 S. Dearborn, Fifth Floor
Chicago, Illinois 60604
sheri.mecklenburg@usdoj.gov
matthew.skiba@usdoj.gov

Re: *United States v. Rabbitt, et al.*
Case No. 25 CR 693 (N.D. Ill.)

Dear AUSAs Mecklenburg and Skiba:

      This letter, submitted on behalf of our client Katherine ("Kat") Marie Abughazaleh and joined by all other Defendants in *United States v. Rabbitt, et al.*, Case No. 25CR693 (N.D. Ill.), seeks the production of specific material detailed below that is related to our serious concerns that the Defendants were selectively targeted for prosecution.

      The documents, communications, and information that we request are discoverable under the Fifth and Sixth Amendments to the United States Constitution, *Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 405 U.S. 150 (1972), Federal Rule of Criminal Procedure 16, USAM 9-5.001, the January 4, 2010 Ogden memorandum ("Ogden Memo") (reprinted at Criminal Resource Manual 165), other provisions of federal law set forth below, and in relation to anticipated motions to remedy the perceived selective prosecution here. *See United States v. Armstrong*, 517 U.S. 456, 465 (1996). We request that you advise us in writing should the government decline to comply with specific requests so that we may meet-and-confer as necessary prior to filing appropriate motions. We will be glad to discuss the requests and attempt to resolve any differences.[1]

      Together, the Defendants are collectively charged with a conspiracy in violation of 18 U.S.C. §372 and are each individually charged with assault in violation of 18 U.S.C. §111(a)(1) in connection with activities that occurred outside the Immigration and Customs Enforcement processing facility located at 1930 Beach St., Broadview, IL 60155 (the "Broadview facility") on September 26, 2025. As readily evidenced by the public record, the Broadview facility was the scene of significant First Amendment-related protests against the Trump administration's

---

[1] This discovery letter and the requests set forth herein are made in conjunction with any other discovery requests that may be made and are not intended to supersede or supplant any other requests.

*U.S. v. Rabbitt*, et al., 25CR693
December 1, 2025
Page 2

immigration enforcement practices in Chicago brought under the moniker, "Operation Midway Blitz." Those First Amendment-related protests at the Broadview facility began no later than August 2025 and continued through and beyond the date of the alleged offenses charged in the indictment.

Importantly, public news reporting has noted that senior Trump administration officials and advisors expressed wanting to see "skyrocketing prosecution numbers coming out of the Windy City, including against protesters, journalists, elected Democrats, or political candidates whom they accuse of committing 'federal crimes' of obstructing or impeding deportation operations."[2] These comments were reportedly made in connection with the Presidential Memorandum entitled, "Countering Domestic Terrorism and Organized Political Violence." That Memorandum, known as "NSPM-7," was issued on September 25, 2025.[3] Among other things, NSPM-7 directs that the "Attorney General shall direct the Department of Justice to prosecute all Federal crimes, to the maximum extent permissible by law, related to the investigations described in subsections (a) through (c) of this section."

Illustrating our concerns over how the above-referenced comments and policies appear to have led to the unlawful selection of the Defendants is the public targeting of Ms. Abughazaleh, a candidate for the seat in the 9th Congressional District for Illinois, as a direct response to her First Amendment-related activity at Broadview and her vocal opposition of the Trump administration's immigration enforcement policies.

For instance, while protesting at the Broadview facility on September 19, 2025, Ms. Abughazaleh was violently thrown to the ground by a masked officer. In another incident on that same day, Ms. Abughazaleh was forcibly dragged across the ground and then shoved by an officer. She posted videos of those incidents with the caption, "This is what it looks like when ICE violates our First Amendment rights."[4] These events from September 19, 2025, were widely reported on and have resulted in millions of views across social media platforms.[5]

In response, government officials cited these incidents and similar First Amendment-related activities at the Broadview facility as reason to prosecute those like Ms. Abughazaleh. For example, when reposting the video of Ms. Abughazaleh being thrown to the ground by an officer on September 19, 2025, the official "X" account for the Department of Homeland Security made the following comment: "Individuals and groups impeding ICE operations are siding with vicious cartels, human traffickers, and violent criminals. You will not stop @ICEgov and DHS law

---

[2] *See* Asawin Suebsaeng, *Inside Trump's Plot to Terrorize Chicago*, Zeteo, Oct. 10, 2025, Zeteo, available at: https://zeteo.com/p/inside-trump-plot-to-terrorize-chicago (last visited Nov. 24, 2025).

[3] The White House, Countering Domestic Terrorism and Organized Political Violence, available at: https://www.whitehouse.gov/presidential-actions/2025/09/countering-domestic-terrorism-and-organized-political-violence/ (last visited Nov. 26, 2025).

[4] *See* https://x.com/KatAbughazaleh/status/1969013628398411810 (last visited Nov. 24, 2025).

[5] *See* Newsweek, *WATCH: Dem Candidate for Congress Thrown to the Ground by Alleged Ice Agent*, Sept. 19, 2025, available at: https://tinyurl.com/2pwzesa7 (last visited Nov. 24, 2025).

*U.S. v. Rabbitt, et al.*, 25CR693
December 1, 2025
Page 3

enforcement from enforcing our immigration laws."[6] A White House Deputy Press retweeted Ms. Abughazaleh's original post and added: "Obstructing law enforcement (which is what you just posted a video of yourself doing) isn't a First Amendment right. It's a crime."[7] In like manner, numerous conservative media outlets and right-wing social media accounts that reportedly carry significant influence in the White House have directly referenced Ms. Abughazaleh's vocal criticisms of the Trump administration and have openly called for her arrest, including by "tagging" the Attorney General's social media username.[8]

Government officials and right-wing social media voices made similar comments following the events on September 26, 2025, that are charged in the indictment. As you are aware, Ms. Abughazaleh posted on social media a short video clip from the September 26, 2025, incident with the comment "At the Broadview ICE facility, an ICE agent tried to run dozens of protesters over with an SUV as we walked on a public crosswalk. He kept driving for about a full football field until ICE barraged us with pepper balls.[9] Reposting Ms. Abughazaleh's video, Senator Ted Cruz of Texas wrote, "Why are Democrat candidates for office filming themselves committing felonies?"[10] Other right-wing social media accounts reposted that same video and again called for Ms. Abughazaleh's arrest and prosecution.[11]

---

[6] Post by Kat Abughazaleh (@KatAbughazaleh), available at: https://x.com/DHSgov/status/1969115704298242096 (last visited Nov. 24, 2025).

[7] Post by Abigail Jackson (@ATJackson47), available at: https://x.com/atjackson47/status/1969062022466744425?s=10 (last visited Nov. 24, 2025).

[8] *See*, *e.g.*, Will Chamberlain (@willchamberlain), Sept. 24, 2025 (reposting image of Ms. Abughazaleh's Sept. 19, 2025, assault, and stating: "Ms. Abughazaleh must be prosecuted. Cc: @AGPamBondi") (https://x.com/willchamberlain/status/1970869496660582594) (last visited Nov. 24, 2025); Paul A. Syzpula (@Bubblebathgirl) (posting video of Sept. 19, 2025, interview of Ms. Abughazaleh on CBS News and commenting, "Kat Abughazaleh admits she illegally obstructed ICE at their facility multiple times on Friday. Arrest her immediately and prosecute her for her numerous federal crimes. Make a legal example out of this maniac."); Hilary Hanson, *Laura Ingraham Praises ICE Agent Who Threw Democratic Candidate to the Ground at Protest*, HuffPost, Sept. 20, 2025, available at: https://tinyurl.com/bdcmk42f (last visited Nov. 24, 2025); Laura Loomer, Sept. 19, 2025, X, "I love watching communists get body slammed by ICE. Communist and Palestinian. Pick a struggle. @KatAbughazaleh" (https://x.com/LauraLoomer/status/1969078211670638897) (last visited Nov. 24, 2025).

[9] *See* Kat Abughazaleh (@KatAbughazaleh), available at: https://x.com/KatAbughazaleh/status/1971567602003820796 (last visited Nov. 24, 2025).

[10] *See* Ted Cruz (@tedcruz), available at: https://x.com/tedcruz/status/1971689170243670375 (last visited Nov. 24, 2025).

[11] *See* Will Chamberlain (@willchamberlain) ("Ms. Abughazaleh - a Congressional candidate - was on video physically interfering with law enforcement last week Indictments!"), available at: https://x.com/willchamberlain/status/1971602667798753635 (last visited Nov. 24, 2025); Ian Miles Cheong ("Why isn't she being charged with obstruction? Are Democrats above the law?), available at: https://x.com/ianmiles/status/1971747285223854163 (last visited Nov. 24, 2025).

*U.S. v. Rabbitt, et al.*, 25CR693
December 1, 2025
Page 4

Continuing these themes, on October 3, 2025, the official DHS X account even used a photo of an individual wearing Abughazaleh volunteer campaign t-shirt and in handcuffs with the comment: "FAFO. We will NOT allow violent activist to lay hands on our law enforcement" followed by the recruiting link: "join.ice.gov."[12] No known charges were brought against this handcuffed "activist" wearing an Abughazaleh campaign shirt.

Consistent with the targeting policies embodied in NSPM-7 and the above-referenced calls for prosecution, a reporter informed Ms. Abughazaleh that she was specifically named by White House officials for arrest. Indeed, in a news report that was published on October 23, 2025, a reporter speaking with Ms. Abughazaleh outside the Broadview facility relayed the following to her on camera:

> Senior Trump White House officials and other officials in the Trump administration have been pushing for the Department of Justice to ramp up arrests, including of journalists, elected Democrats, Democratic congressional candidates. *Your name has come up in these conversations.*[13]

(emphasis added). This record strongly indicates our belief that the decision to prosecute the Defendants was selective in nature and supports defendants' request for the information set forth below. Indeed, despite the fact that there were numerous other individuals present on September 26, 2025, who are identifiable or who have already been identified, the six selected and charged defendants were all directly involved in politics and were otherwise vocal opponents of the Trump administration's immigration enforcement policies through social media. We intend to litigate these issues and believe we are entitled to discovery in connection with that litigation.

**Definitions**

As used in this letter, the words "and" and "or" mean "and/or," and the words "includes" and "including" mean "includes (or including) without limitation."

The term "Documents" includes all books, papers, letters, correspondence, emails, social media posts, blog posts, notebooks, reports, memoranda, studies, diaries, notes, messages (including direct messages through any social media platform), computer facilitated or transmitted materials, images, photographs, information in any computer database, audio and video tapes,

---

[12] Homeland Security (@DHSgov), available at: https://x.com/dhsgov/status/1975259412635001170?s=46&t=onPhLoWhYj8Bjy4DVF6APA (last visited Nov. 24, 2025). *See also* https://x.com/dhsgov/status/1975259426564284698?s=46&t=onPhLoWhYj8Bjy4DVF6APA, which depicts a clearer view of the handcuffed individual wearing the Abughazaleh campaign t-shirt.

[13] *See* Asawin Suebsaeng and Liam Mann, *WATCH: Inside Trump's War on Chicago*, Zeteo, Oct. 23, 2025, available at: https://tinyurl.com/sj2ds2sw (last visited Nov. 24, 2025) (comments made at 6:52-7:12 of recording).

*U.S. v. Rabbitt, et al.*, 25CR693
December 1, 2025
Page 5

recordings, transcripts, ledgers, printouts and all copies or portions thereof, and any other written, recorded, or memorialized material of any nature whatsoever.

The term "Communications" means the transmittal of information by hard copy or electronic means, including but not limited to messages sent by text, voicemail, instant message, direct message (including on X, Facebook, Instagram, Truth Social, or any other social media platform), chat (including Telegram, WhatsApp, Signal, iMessage, Teams, Discord, or any other chat platform), or email, including those contained on any personal or official government device, on any server, platform, application, or other method of communication maintained or provided by any agency of the United States government or third-party.

"NSPM-7" refers to the September 25, 2025, Presidential Memorandum entitled, "Countering Domestic Terrorism and Organized Political Violence."

The terms "government" or "prosecution team" mean every Department of Justice (DOJ) or Department of Homeland Security (DHS) official who has specifically participated in the investigation or prosecution of the charged events that occurred outside the Broadview facility on September 26, 2025, as well as, more generally, have been involved in any investigation related to any defendant's presence at the Broadview facility during the months of August 2025 through October 2025, or public comments and criticisms of the Broadview facility and the government's immigration enforcement actions in Chicago, including but not limited to:

- the Attorney General (AG), the Deputy Attorney General (DAG), the Associate Attorney General (AAG), the Assistant Attorney General for the Criminal Division, the U.S. Attorney for the Northern District of Illinois, and members of their staffs;

- the DHS Secretary, Deputy Secretary, General Counsel, Assistant Secretary for Public Affairs, Assistant Secretary for Legislative Affairs, and members of their staffs;

- the White House Press Secretary's office, including any deputies and staff members;

- all federal law enforcement or other personnel, including but not limited to those employed by U.S. Immigration and Customs Enforcement (ICE) or its components, such as Enforcement and Removal Operations (ERO) and Homeland Security Investigations (HSI), the Federal Bureau of Investigation (FBI), who were present at the Broadview facility on September 26, 2025, or involved in the investigation of the events of September 26, 2025, as well as those in their supervisory chain;

- the White House deputy chief of staff for policy, and any members of his staff or under his authority;

*U.S. v. Rabbitt, et al.*, 25CR693
December 1, 2025
Page 6

- the National Joint Terrorism Task Force (JTTF);

- all members of DHS Leadership, its members and their staffs; ICE Leadership, its members and their staffs; and, CBP leadership, including but not limited to Gregory Bovino in particular, and CBP's members and their staffs.

While we have identified the agencies and officials whom we have reason to believe are most likely to have relevant and responsive materials, we are amenable to discussing whose communications should be the initial subjects of these requests.

The "documents" and "communications" encompass material and information in the possession, custody, or control of, or that have been reviewed by or shared with the government.

**Requests**

1. All documents, including all communications sent to, from, between, or among law enforcement and government personnel, including White House staff, related to the posting, sharing, editing, or dissemination of video or still images of any of the defendants at the Broadview facility, including but not limited to on September 26, 2025, or any public comments and criticisms any of the defendants made about the Broadview facility or the government's immigration enforcement activities in Chicago.

2. All documents, including all communications sent to, from, between, or among law enforcement and government personnel, including White House staff, related to the posting, sharing, editing, or dissemination of video or still images of the events of September 26, 2025, at the Broadview facility.

3. Any documents and communications sent to, from, between, or among any member of the prosecution team that refers in any way to any of the defendants': statements about the Broadview facility, other immigration facilities, DHS, or ICE; other political or policy views; or political party.

4. Any documents and communications reflecting the application of NSPM-7 to any of the defendants, including but not limited to investigating and federally charging defendants.

5. Any documents and communications sent to, from, between, or among any member of the prosecution team that compares, discusses, describes, or analyzes defendants' alleged conduct and that also refers in any way to defendants who were charged under 18 U.S.C. §111 for their conduct at the U.S. Capitol on January 6, 2021, including any specific references to any political or policy views, or political affiliation or party, of those defendants.

6. Any documents or communications regarding any formal or informal administrative priorities, policies, or practices related to arrests and prosecutions of individuals

*U.S. v. Rabbitt, et al.*, 25CR693
December 1, 2025
Page 7

alleged to have committed assault against law enforcement personnel or property. This request includes, but is not limited to, any communication that refers in any way to alleged offenders' political or policy views, or political affiliation or party.

      7.      All records reflecting the identification of other individuals present with the charged defendants on September 26, 2025, including through the use of facial recognition technology, social media research, and all other investigation to identify others.

      8.      All records, including videos, of all other incidents involving individuals gathered outside the Broadview facility when government vehicles were entering or leaving the facility, including any documents or communications which relate to who was identified through those investigations, and any indictments or charges that resulted from any of those incidents.

      9.      Any documents and communications sent to, from, between, or among any member of the prosecution team that refers in any way to Ms. Abughazaleh's candidacy for the seat in the 9th Congressional District, the political activities of any defendant, the activities of any defendant in their capacity as an elected official, the pro bono work of any defendant in their professional capacity, or the charitable work of any defendant.

      10.      Any documents and communications involving any White House officials or other Trump administration officials or advisors that have referenced any defendant, including in the context of effecting arrests and prosecutions.

      Thank you in advance for your review of this letter and our requests. We will be available at your convenience to confer about these requests to attempt to resolve any disputes.

      Sincerely yours,

      Joshua G. Herman

cc:    Counsel for all Defendants