UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL RABBITT, et al. | No. 25 CR 693<br><br>Judge April M. Perry |

## GOVERNMENT'S UNOPPOSED MOTION TO FILE GRAND JURY TRANSCRIPTS *IN CAMERA* AND UNDER SEAL

The UNITED STATES OF AMERICA, by its attorney, ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, submits this unopposed motion to file grand jury transcripts *in camera* and under seal.

On April 8, 2026, defendants filed a motion to compel disclosure of the grand jury transcripts detailing the presentment of the law on the 18 U.S.C. § 372 conspiracy charge and any related exchanges. Dkt. 118. On April 9, 2026, this Court directed the government to respond to the defendants' filing, or, in the alternative, provide the relevant portions of the transcripts for an *in camera* review. Dkt. 119.

In compliance with this Court's Order, the government submits a transcript of an October 9, 2025, grand jury appearance as Exhibit A *in camera* and under seal; a transcript of an October 16, 2025, grand jury appearance as Exhibit B *in camera* and under seal; and a transcript of an October 23, 2025, grand jury appearance as Exhibit C *in camera* and under seal.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: */s/ Andres Q. Almendarez*
ANDRES Q. ALMENDAREZ
Assistant United States Attorney
219 South Dearborn Street, Room 500
Chicago, Illinois 60604

2