**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 25 CR 693 |
| | ) | |
| MICHAEL RABBITT, | ) | Judge April M. Perry |
| KATHERINE MARIE ABUGHAZALEH, | ) | |
| ANDRE MARTIN, and BRIAN STRAW | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO CLARIFY THE COURT'S APRIL 29, 2026 ORDER**
**REGARDING WITNESS LISTS AND EXHIBIT LISTS FOR ANY**
**<u>POTENTIAL DEFENSE CASE</u>**

Defendants Michael Rabbitt, Katherine Marie Abughazaleh, Andre Martin, and Brian Straw (collectively, "Defendants"), by and through their respective counsel, request this Court clarify its April 29, 2026 Order with respect to Witness Lists or Exhibit Lists from Defendants for any potential defense case-in-chief. In support thereof, Defendants state as follows:

1. In its April 29, 2026 Order, the Court set dates for various pre-trial filings, including dates for production of Jencks Act material, briefing on revised or re-filed motions in limine given the government's decision to dismiss Count 1, production of any out-of-court statements the government intends to offer, etc.

2. The penultimate sentence of that April 29 Order states, "Joint proposed statement of the case as well as witness lists, exhibit lists, proposed voir dire, and

1

draft jury instructions are to be filed by 5/12/2-26," and then sets the pre-trial conference for May 18, 2026. (Dkt. 139). As to the quoted sentence, the Defendants are filing (1) a Joint Statement of the Case (with the government); (2) proposed voir dire, and (3) proposed jury instructions.

3.    However, Defendants are not in a position reasonably to file meaningful witness lists or exhibit lists relating to their potential cases-in-chief (if any) at this time, nor importantly should they be required to do so.[1] First, it is axiomatic that Defendants have no obligation to put on a defense case at all. At this time, Defendants do not know what evidence the government will offer in its case-in-chief – including what witnesses or exhibits the government will introduce, nor what the substance of that evidence will be, nor whether any evidence admitted will have limited uses per rulings yet to be made by the Court.

4.    Thus the decisions about (1) whether to put on a defense case at all, and (2) what witnesses, evidence or exhibits any of the individual Defendants might choose to offer cannot be determined at this time.

5.    Defendants therefore respectfully request clarification of the Court's April 29 Order that it does not require Defendants to identify witnesses or exhibits any individual Defendant might offer if they put on a case-in-chief.

6.    We have noticed this motion up for May 18, 2026, the date of the pre-trial conference so any issues related to this request can be addressed prior to trial.

---

[1] Defendant Straw appears to have filed his best effort at identifying possible witnesses and exhibits for a potential defense case-in-chief earlier this afternoon.

2

WHEREFORE, for the reasons stated above, Defendants respectfully request that the Court clarify its April 29, 2026 Order so Defendants are not required to file witness lists or exhibit lists as to any potential defense case-in-chief at this time.

Respectfully submitted,

**/s/ Nancy L. DePodesta**
**/s/ Carly Alana Chocron**
Taft Stettinius & Hollister LLP
111 E Wacker Dr, Suite 2600
Chicago, IL 60601
312-836-5884
ndepodesta@taftlaw.com
cchocron@taftlaw.com
*Attorneys for Michael Rabbitt*

**/s/ Joshua G. Herman**
Law Office of Joshua G. Herman
53 W. Jackson, Blvd., Suite 404
Chicago, IL 60604
312-909-0434
jherman@joshhermanlaw.com

**/s/ Molly Armour**
Law Office of Molly Armour
53 W. Jackson Boulevard, Suite 1424
Chicago, IL 60604
773-746-4849
armourdefender@gmail.com
*Attorneys for Katherine Marie Abughazaleh*

**/s/ Terence H. Campbell**
**/s/ Valerie Ann Davenport**
Cotsirilos, Poulos & Campbell, Ltd.
55 E. Monroe Street, Suite 3250
Chicago, IL 60603
312-263-0345
tcampbell@cotsiriloslaw.com
vdavenport@cotsiriloslaw.com
*Attorneys for Andre Martin*

**/s/ Christopher Parente**
**/s/ Damon M Cheronis**
Cheronis & Parente
140 S. Dearborn, Suite 404
Chicago, IL 60603
773-458-4899
cparente@cheronislaw.com
damon@cheronislaw.com
*Attorneys for Brian Straw*