**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

UNITED STATES OF AMERICA

                         Plaintiff,

v.                                               Case No.: 1:25–cr–00693

                                               Honorable April M. Perry

Michael Rabbitt, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 13, 2026:

      MINUTE entry before the Honorable April M. Perry: Motion to clarify [165] is granted. If any defendant is unable at this time to file a witness or exhibit list, they need not do so. That said, Defendants should consult with each other to determine the maximum length of any case–in–chief they would choose to present, to be discussed at the pretrial conference, so the potential jurors can be advised of the approximate trial length. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.