## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                              Case No.: 1:25−cr−00693

                                              Honorable April M. Perry

Michael Rabbitt, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 18, 2026:

      MINUTE entry before the Honorable April M. Perry: Pre−trial conference held 5/18/2026. All defendants were present and had the assistance of counsel. Defendants were arraigned on the superseding information [140]. The Court then granted the Government's motion to dismiss the indictment [1]. Count One of the indictment is dismissed with prejudice; the remaining counts are dismissed without prejudice. The trial will proceed on 5/26/2026 on the superseding information. As explained in open court, the motions in limine [124][125][126][127][150][151][153] are granted in part and denied in part. Joint motion for the jury to view the scene [160] is denied, for the reasons stated in open court. The Court authorizes counsel of record to bring into the building non−alcoholic beverages during the two weeks of the trial. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.