**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

UNITED STATES OF AMERICA
                                        Plaintiff,

v.                                                                    Case No.: 1:25−cr−00693
                                                                      Honorable April M. Perry

Michael Rabbitt, et al.

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 21, 2026:

        MINUTE entry before the Honorable April M. Perry: Hearing held 5/21/2026 on the motion for disclosure of the prosecutors' colloquies with the grand jury [143]. For the reasons stated in court, that motion was granted, and the Government was directed to provide both the redacted versions of the transcripts that were initially provided to the court and the unredacted versions of the transcripts that were later provided to the court to Defendants by 3:00 p.m. today. Arguments were also held on the petition filed by the Better Government Association, Chicago Sun−Times, and Chicago Tribune for intervention and to access the 5/21/2026 sealed hearing [183]. The motion to intervene was granted, the motion to attend the sealed hearing was denied, and the seal was ultimately lifted on the proceeding, with the transcript of today's hearing to be available to be ordered from the Court Reporter. The transcript will be redacted only to the extent there are references to the grand jurors&#0;39; personal opinions about the case. The Government's oral motion to dismiss the superseding information, with prejudice, was granted. The Government further agreed to remove from its website the press release stating that the defendants had been charged or in the alternative to add a banner noting that the charges were dismissed. The trial date and all related deadlines were vacated. The Defendants are to file their position papers on Intervenors' motion for unsealing the colloquy portions of the grand jury transcripts by 5/27/2026; the Government to file its response by 5/29/2026. Status hearing to be held on ancillary issues 6/2/2026 at 10:30 a.m. in person in Courtroom 1725. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.