**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| *v.* | ) | No. 25 CR 693 |
| | ) | Judge April M. Perry |
| MICHAEL RABBITT, | ) | |
| KATHERINE MARIE ABUGHAZALEH, | ) | |
| ANDRE MARTIN, BRIAN STRAW, and | ) | |
| CATHERINE SHARP, | ) | |
| | ) | |
| *Defendants.* | ) | |

## MOTION FOR LEAVE TO FILE OVERSIZED MOTION *INSTANTER*

Defendants, by and through their respective attorneys, respectfully move for leave to file a motion in excess of 15 pages (see N.D. Ill. Local Rule 7.1) *instanter*. In support of this motion, Defendants, through counsel, state as follows:

1.      Defendants have contemporaneously filed Defendants' Motion to Designate a Special Counsel to Investigate and, if Warranted by the facts, Prosecute Responsible Persons for Criminal Contempt, which is 27 pages long.

2.      Pursuant to Northern District of Illinois Local Rule 7.1, any motion shall not exceed 15 pages without prior approval of the Court.

3.      Because the motion raises significant and complex issues related to the appointment of a special prosecutor and the sequence of events in support of same, counsel believes that the additional discussion is appropriate and helpful in resolving the motion.

Accordingly, Defendants, through counsel, respectfully request that the Court enter an order allowing them to file the above-mentioned motion in excess of the page limitation set by Local Rule 7.1 *instanter*.

Dated: June 16, 2026

**/s/ Nancy L. DePodesta**
**/s/ Carly Alana Chocron**
Taft Stettinius & Hollister LLP
111 E Wacker Dr, Suite 2900
Chicago, IL 60601
312-836-5884
ndepodesta@taftlaw.com
cchocron@taftlaw.com
*Attorneys for Michael Rabbitt*

**/s/ Terence H. Campbell**
**/s/ Valerie Ann Davenport**
Cotsirilos, Poulos & Campbell, Ltd.
55 E. Monroe Street, Suite 3250
Chicago, IL 60603
312-263-0345
tcampbell@cotsiriloslaw.com
vdavenport@cotsiriloslaw.com
*Attorneys for Andre Martin*

Respectfully submitted,

**/s/ Joshua G. Herman**
Law Office of Joshua G. Herman
53 W. Jackson, Blvd., Suite 404
Chicago, IL 60604
312-909-0434
jherman@joshhermanlaw.com

**/s/ Molly Armour**
Law Office of Molly Armour
53 W. Jackson Blvd., Suite 1424
Chicago, IL 60604
773-746-4849
armourdefender@gmail.com
*Attorneys for Katherine Marie Abughazaleh*

**s/ Christopher Parente**
**/s/ Damon M Cheronis**
Cheronis & Parente
140 S. Dearborn, Suite 404
Chicago, IL 60603
773-458-4899
cparente@cheronislaw.com
damon@cheronislaw.com
*Attorneys for Brian Straw*

**/s/ Cynthia Giacchetti**
Law Office of Cynthia Giacchetti
53 W. Jackson Boulevard
Suite 1035
Chicago, Illinois 60604
(312) 939-6440
cg@cgdefense.com
*Attorney for Catherine Sharp*

2