**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 25 CR 693 |
| | ) | |
| MICHAEL RABBITT, | ) | Judge April M. Perry |
| KATHERINE MARIE ABUGHAZALEH, | ) | |
| ANDRE MARTIN, BRIAN STRAW, | ) | **UNDER SEAL** |
| CATHERINE SHARP, and | ) | |
| JOSELYN WALSH | ) | |
| | ) | |

**AGREED MOTION TO DISCLOSE THE LEGAL
PRESENTATION DOCUMENT SHOWN TO THE GRAND JURY**

The parties, the United States of America, by Andrew S. Boutros, United States Attorney for the Northern District of Illinois, and defendants Michael Rabbit, Katherine Marie Abughazaleh, Andre Martin, Brian Straw, Catherine Sharp, and Joselyn Walsh, respectfully move this Court for an Order authorizing the disclosure of the legal presentation document that was shown to and discussed with the grand jury on October 16, 2025 and on October 23, 2025. This document is attached hereto under seal as Exhibit A. In support of this motion, the parties state as follows.

On April 23, 2026, the government filed under seal portions of the transcripts from appearances before the Special June 2024 Grand Jury on October 9, 2025, October 16, 2025, and October 23, 2025. Dkt. 129. These portions were designated in the filing as "Exhibit A," "Exhibit B" and "Exhibit C," respectively. On May 19, 2026, and pursuant to the Court's order, the government provided to the Court unredacted

1

copies of the grand jury transcripts that were previously filed under seal at Dkt. 129. Along with those unredacted transcripts, the government provided the Court with the legal presentation shown to the grand jury on October 16, 2025 and on October 23, 2025. (*See* October 16, 2025 Transcript (page 5, line 4, through page 8, line 3, and page 11, line 23, through page 25, line 6); October 23, 2025 Transcript (page 5, line 18, through page 28, line 6)). This document had not previously been filed under seal, but was shared with defense counsel following Court orders. The parties have continued to treat the document consistent with grand jury secrecy rules under Rule 6 of the Federal Rules of Criminal Procedure.

The parties met and conferred and agree that, given the public release of the full transcripts from the three grand jury appearances, and specifically the October 16, 2025 and the October 23, 2025 appearances that include specific discussion of the legal presentation, there is no longer a need to subject that document to Rule 6 secrecy rules, and authorization to disclose exists under Rule 6(e)(3)(E)(i) (allowing the Court to authorize disclosure in connection with a judicial proceeding). As such, the parties respectfully request that the Court order the legal presentation attached hereto under seal as Exhibit A be disclosed and filed on the public docket.

Dated: June 30, 2026

Respectfully submitted,

**/s/ Nancy L. DePodesta**
**/s/ Carly Alana Chocron**
Taft Stettinius & Hollister LLP
111 E Wacker Dr, Suite 2600
Chicago, IL 60601
312-836-5884
ndepodesta@taftlaw.com
cchocron@taftlaw.com
*Attorneys for Michael Rabbitt*

**/s/ Joshua G. Herman**
Law Office of Joshua G. Herman
53 W. Jackson Blvd., Suite 404
Chicago, IL 60604
312-909-0434
jherman@joshhermanlaw.com

**/s/ Molly Armour**
Law Office of Molly Armour
53 W. Jackson Blvd., Suite 1424
Chicago, IL 60604
773-746-4849
armourdefender@gmail.com
*Attorneys for Katherine Marie Abughazaleh*

**/s/ Terence H. Campbell**
**/s/ Valerie Ann Davenport**
Cotsirilos, Poulos & Campbell, Ltd.
55 E. Monroe Street, Suite 3250
Chicago, IL 60603
312-263-0345
tcampbell@cotsiriloslaw.com
vdavenport@cotsiriloslaw.com
*Attorneys for Andre Martin*

**/s/ Christopher Parente**
**/s/ Damon M Cheronis**
Cheronis & Parente
140 S. Dearborn, Suite 404
Chicago, IL 60603
773-458-4899
cparente@cheronislaw.com
damon@cheronislaw.com
*Attorneys for Brian Straw*

**/s/ Brad Thomson**
People's Law Office
1180 N. Milwaukee
Chicago, Illinois 60642
(773) 235-0070
brad@peopleslawoffice.com
*Attorney for Joselyn Walsh*

**/s/ Cynthia Giacchetti**
Law Office of Cynthia Giacchetti
53 W. Jackson Blvd., Suite 1035
Chicago, Illinois 60604
(312) 939-6440
cg@cgdefense.com
*Attorney for Catherine Sharp*

**/s/ Diane MacArthur**
Assistant United States Attorney
United States Attorney's Office
219 South Dearborn Street
5th Floor
Chicago, IL 60604
312-353-5352
diane.macarthur@usdoj.gov

3