UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

MICHAEL RABBITT, KATHERINE
MARIE ABUGHAZALEH, ANDRE
MARTIN, BRIAN STRAW, and
CATHERINE SHARP.

No. 25 CR 693

Hon. April M. Perry

**GOVERNMENT'S MOTION FOR LEAVE TO FILE OVERSIZE BRIEF**

The United States of America, by its attorney, Andrew S. Boutros, United States Attorney for the Northern District of Illinois, moves leave to file an oversize brief (*see* N.D. Ill. Local Rule 7.1) of up to 46 pages in response to former Defendants' motions for Discovery Following Dismissal (Dkt. 225), for Evidentiary Hearing on Sanctions and Discovery (Dkt. 226), and to Designate a Special Counsel to Investigate and, if Warranted by the Facts, Prosecute Responsible Persons for Criminal Contempt (Dkt. 227), and states as follows:

1. Former Defendants have filed roughly 43 pages' worth of briefing—including one brief in excess of the 15-page limit in Local Rule 7.1—on their requests for discovery, a hearing, and a special counsel.

2. Considering the seriousness of their pending motions, the desirability of fully describing the factual context of the events leading up to this point, and the complexity and number of uncommon legal issues, the draft response of the United States is roughly 46 pages.

3. Getting the full factual story along with an appropriate discussion of the several unusual legal issues raised by the post-dismissal motions would serve the interests of the parties and the court.

WHEREFORE, the Government requests that this Court permit the filing of a 47-page consolidated response to defendants' motions, Dkt. 225, 226, and 227.

Respectfully submitted.

ANDREW S. BOUTROS
United States Attorney

By: s/ *Nathaniel L. Whalen*
NATHANIEL L. WHALEN
Assistant United States Attorney
219 S. Dearborn St., Rm. 500
Chicago, IL 60604
(312) 353-5300