**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| *v.* | ) | No. 25 CR 693 |
| | ) | |
| MICHAEL RABBITT, | ) | Judge April M. Perry |
| KATHERINE MARIE ABUGHAZALEH, | ) | |
| ANDRE MARTIN, BRIAN STRAW, | ) | |
| and CATHERINE SHARP | ) | |
| | ) | |
| *Defendants.* | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF
TIME TO FILE A REPLY TO THE GOVERNMENT'S
CONSOLIDATED RESPONSE IN OPPOSITION (DKT. #247)**

Defendants Michael Rabbitt, Katherine Marie Abughazaleh, Andre Martin, Brian Straw, and Catherine Sharp ("Defendants"), by and through their respective counsel, respectfully move for an extension of time of fourteen (14) days, from August 18, 2026 to September 1, 2026, in which to file their Reply to the government's Consolidated Opposition filed at Dkt. #247. The government does not oppose this request.

In support of this Motion, Defendants show to the Court as follows:

1.      On August 4, 2026, the government filed its pleading captioned, "Government's Consolidated Opposition to Former Defendants' Motions." (Dkt. #247). The pleading responded to Defendants' pleadings at Dkt. 225, 226, and 227. It is forty-six (46) pages long and was filed after the government obtained, without opposition, two extensions of time.

1

2. The current briefing schedule provides that Defendants' Reply is to be filed by August 18, 2026. To allow Defendants to fully respond to the government's pleading, which will require coordination between multiple defense attorneys, defense counsel respectfully request an extension of time of fourteen (14) days to file their Reply.

3. The undersigned has conferred with counsel with the government, who has indicated that the government does not oppose this request.

WHEREFORE, Defendants respectfully request that the Court enter an Order extending their time to file a Reply to the Government's Consolidated Opposition to Former Defendants' Motions at Dkt. #247, by fourteen (14) days, from August 18, 2026 through September 1, 2026.

Respectfully submitted,

**/s/ Joshua G. Herman**
Law Office of Joshua G. Herman
53 W. Jackson Blvd., Suite 404
Chicago, IL 60604
312-909-0434
jherman@joshhermanlaw.com
*One of the Attorneys for*
*Katherine Marie Abughazaleh*

2