**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:25−cr−00693
Honorable April M. Perry

Michael Rabbitt, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 29, 2026:

MINUTE entry before the Honorable April M. Perry: The motion presentment hearing for Intervenor−Movant Sheri H. Mecklenburg's Motion to Intervene [261] set for 10/1/2026 at 10:30 a.m. is advanced to 10/1/2026 at 1:00 p.m. in Courtroom 1725, to be heard collectively with all other pending motions already scheduled for that time. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.