**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UNITED STATES OF AMERICA
Plaintiff,
v.
Case No.: 1:25−cr−00693
Honorable April M. Perry
Michael Rabbitt, et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 1, 2026:

MINUTE entry before the Honorable April M. Perry: Hearing held 10/1/2026 on the pending motions. For the reasons stated on the record in open court, Petition to Intervene filed by Sheri Mecklenburg [261] is granted and Ms. Mecklenburg may intervene to challenge the possible appointment a special prosecutor and any potential consideration of sanctions. Motions for an evidentiary hearing and discovery [226] and to appoint a special prosecutor [227] are denied in part, insofar as former defendants will not be provided with discovery or an adversarial hearing on the issue of sanctions or the appointment of a special prosecutor. The Court will, however, consider whether sanctions or a special prosecutor are warranted after having requested and reviewed additional evidence from the Government. The Government's request to brief the constitutionality of Federal Rule of Criminal Procedure 42 is granted. The Government's brief regarding the constitutionality of Rule 42 is to be filed by 11/2/2026. Given that this is no longer an adversarial proceeding, the Court appoints Professor William Baude to serve as amicus curiae and brief the opposing position to the Government's. The Clerk is directed to add Professor William Buade as Amicus party. Professor Baude's brief is to be filed by 12/2/2026. Motions for attorneys' fees and expenses [201] [210] are granted. The parties are to meet and confer and determine if a settlement of this matter can be reached, if they would like the court's assistance in mediating the issue, or if they prefer a briefing schedule. A joint status report on the attorneys' fees motions is to be filed by 11/2/2026. Motion to conduct discovery in connection with the requests for attorneys' fees [206] is denied. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.