**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UNITED STATES OF AMERICA
Plaintiff,
v.
Case No.: 1:25−cr−00693
Honorable April M. Perry
Michael Rabbitt, et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 9, 2026:

MINUTE entry before the Honorable April M. Perry: Consistent with the Government's agreement that the Court would ask for evidence to aid it in making findings of fact regarding potential sanctions or criminal contempt, the Court requests that the Government produce by 10/30/2026 the following documents for ex parte in camera review: (1) all communications between September 26, 2025 and March 30, 2026 from, to, or with anyone outside of the Northern District of Illinois U.S. Attorney's Office (other than the local FBI investigators assigned to the case) regarding any investigatory or charging decisions for this case; and (2) the October 14, 2025 email sent to U.S. Attorney Boutros attaching the October 9, 2025 Grand Jury transcript and any replies to or forwards of that email. All electronic documents should be provided in native format with attachments preserved. If an email is part of an email chain, all versions of that chain must be produced, along with their attachments. Electronic records must be produced with all associated metadata (for both emails and attachments) including read receipts, delivery status, and message tracking logs. Any claims of privilege may be made in a privilege log accompanied by a legal memorandum explaining what privilege is claimed and how it applies in the context of a sanctions / contempt inquiry by the Court. At a minimum, any privilege log must identify the author, recipient, all parties who received copies of the document, the date of the document, subject, and a short summary of the document sufficient for the Court to evaluate any claim of privilege. To the extent there were oral, rather than written, communications that would be responsive to the Court's requests, the Government is asked to provide the following: (1) the people present for such communication; (2) the date, time, and length of the conversation; and (3) a certification that there was no recording or transcription made of the communication. If the communication was later summarized in writing or notes were taken, they should be produced. Testimony from witnesses may be requested at a later time, after the Court has reviewed the relevant documents. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of

Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.