UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL RABBITT,<br>KATHERINE MARIE ABUGHAZALEH,<br>ANDRE MARTIN,<br>CATHERINE SHARP,<br>BRIAN STRAW, and<br>JOSELYN WALSH | No. 25 CR 693<br><br>Hon. April M. Perry |

**MOTION TO WITHDRAW COUNSEL**

The UNITED STATES OF AMERICA, by ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, respectfully moves this Court for permission to withdraw the appearance of the undersigned Assistant United States Attorney in this case. In support of this motion, the government states as follows:

1. The undersigned Assistant United States Attorney, who previously filed an appearance in this case (R. 234), is no longer assigned to this case.

2. Other government counsel has or will continue to appear in this case.

WHEREFORE, for the reasons stated herein, the government respectfully requests that the Court grant the undersigned Assistant United States Attorney permission to withdraw from this case.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: */s/Nathaniel L. Whalen*
Nathaniel L. Whalen
Assistant United States Attorney
219 S. Dearborn St., Rm. 500
Chicago, IL 60604
(312) 353-5300