**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:25−cr−00693
Honorable April M. Perry

, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 6, 2026:

MINUTE entry before the Honorable April M. Perry: The Court grants AUSA Matthew Skiba's motion to intervene for purposes of the evidentiary hearing currently scheduled for 11/16/2026 and related proceedings [299]. Given the number of witnesses (and now attorneys) involved in the case, there will be no hearing date that is perfect for everyone. The Court will consider moving the hearing to any mutually−agreeable date when the courthouse is open on or before 11/24/2026 if the parties email the Courtroom Deputy with a proposal. If there is no mutually−agreed date in that timeframe, the hearing will be held 11/16/2026. There is no need for the parties to appear at the motion hearing scheduled for 11/12/2026. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.