**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:25−cr−00693
Honorable April M. Perry

, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 11, 2026:

MINUTE entry before the Honorable April M. Perry: The Government's "motion for clarification," [305] is denied. The Court explained the reasons for the upcoming hearing in open court on 5/21/2026 and 10/5/2026. Docs. 187, 271. Moreover, the Court laid out its reasoning in writing in its Order of 11/2/2026. See Doc. 287. Finally, the Government's attorney agreed on 10/5/2026 that "[t]his Court certainly has the authority to ask witnesses to come testify about factual matters." Doc. 271 at 26. Ultimately, the Government's professed lack of clarity about the Court's inherent authority to ask lawyers who have made misstatements to or misled the Court to explain their actions is immaterial. The Government does not represent at least 3/4 of the individuals who have been asked to testify, two of whom have expressed their willingness to do so. See Doc. 308 at 2 ("Mr. Almendarez is ready to testify truthfully..."); Doc. 299 at 2 ("Mr. Skiba stands ready to [testify fully]"). And there is no indication on the docket that the Government represents the fourth individual. The Court strikes the motion hearing set for 11/17/2026. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.