**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UNITED STATES OF AMERICA
Plaintiff,
v.
Case No.: 1:25−cr−00693
Honorable April M. Perry
, et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 16, 2026:

MINUTE entry before the Honorable April M. Perry: Status hearing held 11/16/2026. For the reasons stated on the record in open court, the Government's motion "for protective order" [315] is denied, and the Court strikes the motion presentment date. If after meeting and conferring regarding the Intervenors' proposed testimony the parties are at an impasse regarding the scope of applicable privileges as applied to any Intervenor's testimony, the Intervenor should email the Courtroom Deputy by 11/20/2026 an in camera submission regarding the relevant portion of the proffered testimony and why any potential privilege should not apply. Government's counsel should be cc'd on that email. The Government's response as to why a privilege should apply must be emailed to the Courtroom Deputy (cc'ing the affected Intervenor) by 11/25/2026. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.