**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL RABBITT, KATHERINE MARIE ABUGHAZALEH, ANDRE MARTIN, BRIAN STRAW, AND CATHERINE SHARP,<br><br>Defendants | No. 25 CR 693<br>Hon. April M. Perry |

**MOTION FOR ENTRY OF PROPOSED PROTECTIVE ORDER**

Under Rule 16(d)(1) of the Federal Rules of Criminal Procedure, the Court has broad authority to restrict or defer discovery or grant "other appropriate relief." Per the Court's guidance at today's status conference, the United States moves for a protective order governing disclosure of the privilege log it submitted to the Court on November 12, 2026, to counsel of record for AUSAs Skiba, Almendarez, and Hogan. Counsel for AUSAs Skiba, Almendarez, and Hogan do not oppose this motion and consent to the proposed order attached hereto.

Respectfully submitted,

Dated: November 16, 2026

*/s/ Henrique Carneiro*
Stanley E. Woodward, Jr.
*Associate Attorney General,*
Henrique Carneiro
*Counsel to the Associate Attorney General*
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

*Counsel for the United States of America*