**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL RABBITT, KATHERINE MARIE ABUGHAZALEH, ANDRE MARTIN, BRIAN STRAW, AND CATHERINE SHARP,<br><br>Defendants | No. 25 CR 693<br>Hon. April M. Perry |

**PROTECTIVE ORDER GOVERNING MATERIALS PRODUCED UNDER ECF NO. 276**

The United States has moved for entry of a protective order governing materials it has submitted to the Court in response to the Court's request for evidence, *see* ECF No. 276. Pursuant to Federal Rule of Criminal Procedure 16(d)(1), and for good cause shown, the Court finds that the terms set forth herein are appropriate to protect the respective interests of the parties, the public, and the Court. Accordingly, it is ORDERED:

1. *Confidential Information.* As used in this Order, "Confidential Information" means information that the United States has submitted to the Court in response to the Court's request for evidence, ECF No. 276, and that the United States has designated "ATTORNEYS' EYES ONLY."

2. *Designation.* The United States shall designate a document as Confidential Information by placing the marking "ATTORNEYS' EYES ONLY" on the document and on all copies in a manner that will not interfere with the legibility of the document. The marking shall be applied prior to or at the time the document is produced or disclosed. Applying the marking "ATTORNEYS' EYES ONLY" to a document does not mean that the document has any status or protection by statute or otherwise except to the extent and for the purposes of this Order. The

designation of a document as Confidential Information is a certification by an attorney for the United States that the document contains Confidential Information as defined in this Order.

3. *Protection of Confidential Information.* Confidential Information shall be accessible only to counsel of record for the Assistant United States Attorneys who have intervened in this matter in their personal capacities. Such counsel shall not disclose Confidential Information to any other person, including their clients, or use it for any purpose other than this litigation, absent prior written consent of the United States.

SO ORDERED.

Dated: November 16, 2026

April M Perry

Hon. April M. Perry
United States District Judge