**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:25−cr−00693
Honorable April M. Perry

, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 23, 2026:

MINUTE entry before the Honorable Heather K. McShain: The parties' request (communicated via joint email to chambers on 11/23/2026) to reset the deadline for settlement proposals and the in−person settlement conference on Hyde Amendment fees is granted. The prior schedule [303] is stricken and reset as follows. In−person settlement conference is reset to 12/14/2026 at 12:30 p.m. in Courtroom 1025. Settlement position submissions are due by 12/08/2026, and should be emailed to the Court at Settlement_Correspondence_McShain@ilnd.uscour ts.gov. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.